AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| **NGC DEVELOPMENT, LLC**, a Florida Limited Liability Company,<br><br>*Plaintiff(s)*<br>v.<br>**KIM J. SETER,** a Colorado citizen, and<br>**SETER & VANDER WALL, P.C.,** a Colorado Professional Corporation.<br><br>*Defendant(s)* | Civil Action No. 21-cv-1746-STV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **Kim J. Seter**
**Seter & Vander Wall, P.C.**
**7400 East Orchard Road, Suite 3300,**
**Greenwood Village, CO 80111**


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   **Ross W. Pulkrabek**
**Keating Wagner Polidori Free,**
**P.C. 1290 Broadway, #600**
**Denver, CO 80203**
**rpulkrabek@keatingwagner.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/28/2021

s/C. Pommenville
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                                *Server's signature*

                                                                                _____
                                                                                *Printed name and title*

                                                                                _____
                                                                                *Server's address*

Additional information regarding attempted service, etc: