# IN THE UNITED STATES DISTRICT COURTFOR THE DISTRICT OF COLORADO

Civil Action No: 1:21-cv-01746-STV

**NGC DEVELOPMENT, LLC**,
a Florida Limited Liability Company,

Plaintiff,

v.

**KIM J. SETER,** a Colorado citizen, and
**SETER & VANDER WALL, P.C.,**
a Colorado Professional Corporation.

Defendants.

## ENTRY OF APPEARANCE OF AARON D. GOLDHAMER FOR PLAINTIFF

Aaron D. Goldhamer, of Keating Wagner Polidori Free, P.C., hereby enters his appearance as counsel on behalf of Plaintiff.

Dated: June 28, 2021

Respectfully submitted,

/s/ *Aaron D. Goldhamer*
Aaron D. Goldhamer
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, Colorado 80203
303.534.0401
agoldhamer@keatingwagner.com