**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-CV-01746-stv

**NGC DEVELOPMENT, LLC**,
a Florida Limited Liability Company,

Plaintiff,

v.

**KIM J. SETER,** a Colorado citizen, and
**SETER & VANDER WALL, P.C.,**
a Colorado Professional Corporation.

Defendants.

---

**RESPONSE TO ORDER TO SHOW CAUSE**

---

Plaintiff NGC Development, LLC ("NGC") responds to the Order to Show Cause [Doc. #5] as follows:

1. The Court has raised *sua sponte* its subject matter jurisdiction on the basis that the Complaint [Doc. #1] it cannot determine jurisdiction because (a) the Complaint does not allege Mills's citizenship, and (b) it is unclear from the Complaint whether Mills is the only member of JUSA Development, LLC.

2. To address the foregoing issues, NGC is filing contemporaneously with this response, as a matter of course under F.R.C.P. 15(a)(1)(A), its First Amended Complaint. The First Amended Complaint amends the allegations in paragraphs 15.b and 15.c to address the issues identified in the Order to Show Cause.

3. First, paragraph 15.b of the First Amended Complaint expressly alleges that the only two members of JUSA Development, LLC are Avid Hunter, Ltd. and Mills.

1

4.      Second, paragraph 15.b of the First Amended Complaint expressly alleges facts establishing that Mills is a citizen of the State of Florida. As the First Amended Complaint alleges, in deposition testimony given from Florida earlier this year, Mills confirmed that his address is 1205 Foxden Road, Apopka, Florida 32712. Mills, who now is approximately 80 years of age, graduated from the University of Florida. Public voter registration records available online confirm that Mills lives in Apopka, Florida and that Mills has been registered as a voter in Orange County, Florida since October 2, 1972—a period of nearly 50 years. Mills's maintains his business office in Florida and has owned, owns, has managed, and/or continues to manage several businesses in Florida from his office in Florida. Mills maintains his banking relationships with banks located in Florida. Based on these facts, the First Amended Complaint alleges that Mills is a citizen of the State of Florida.

5.      NGC has added allegations in paragraph 15.c to inform the Court of the possibility that Mills attempted—in effectively in NGC's estimation—to assign his interest in JUSA Development, LLC to a different Mills-controlled entity, Westhaven Development, LLC. Assuming for the sake of argument that the assignment was effective, Westhaven Development, LLC is a limited liability company organized under the laws of the State of Delaware with its principal place of business located in the State of Florida. The sole member of Westhaven Development, LLC is The Greenwich Group, Inc., a corporation incorporated under the laws of the State of Florida with its principal and sole place of business located in the State of Florida.

5.      For the foregoing reasons, the Court should find that NGC sufficiently alleges facts establishing complete diversity of citizenship as between Plaintiff NGC Development, LLC and Defendants Kim Seter and Seter Vander Wall, P.C. NGC respectfully requests that the Court discharge the Order to Show Cause.

DATED: July 14, 2021

        */s/ Ross W. Pulkrabek*
        Ross W. Pulkrabek
        Aaron D. Goldhamer
        1290 Broadway, Suite 600
        Denver, CO 80203
        Phone: (303) 534-0401
        Email: rpulkrabek@keatingwagner.com

        *Counsel for Plaintiff*