IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-01746-stv

**NGC DEVELOPMENT, LLC,**
**a Florida Limited Liability Company,**

Plaintiff,

v.

**KIM J. SETER,** a Colorado citizen, and
**SETER & VANDER WALL, P.C.,**
a Colorado Professional Corporation.

Defendants.

---

### WAIVER AND ACCEPTANCE OF SERVICE OF PROCESS

---

**To Ross W. Pulkrabek, counsel for NGC Development, LLC:**

I am counsel for the above-named defendants Kim J. Seter and Seter & Vander Wall, P.C.

I have received your request to waive service of a summons in this action pursuant to F.R.C.P. 4(d) together with a copy of the summons, Amended Complaint, this waiver form, and other documents filed in this civil action.

I am authorized by Mr. Seter and Seter & Vander Wall, P.C. to agree to save the expense of serving a summons and complaint in this case by waiving formal service of process pursuant to F.R.C.P. 4 and accepting service of process on their behalf by electronic means.

Mr. Seter and Seter & Vander Wall, P.C. will keep all of their defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but they waive any objections to the sufficiency of process or service thereof.

1

In accordance with F.R.C.P. 4(d)(3), and except as otherwise ordered by the Court, Mr. Seter and Seter & Vander Wall, P.C. will file and serve an answer or a motion under F.R.C.P. 12 within 60 days from September 2, 2021, the date when this request was sent. If they fail to do so, the plaintiff may apply for a default judgment.

Dated: 9-17-21

John M. Palmeri
Gordon Rees Scully Mansukhani LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Direct Dial: (303) 534-5145
Email: jpalmeri@grsm.com

*Counsel for Defendants Kim J. Seter and Seter & Vander Wall, P.C.*