# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-01746-stv

**NGC DEVELOPMENT, LLC**,
a Florida Limited Liability Company,

Plaintiff,

v.

**KIM J. SETER,** a Colorado citizen, and
**SETER & VANDER WALL, P.C.,**
a Colorado Professional Corporation.

Defendants.

---

## CERTIFICATE OF REVIEW

---

Plaintiff NGC Development, LLC ("NGC"), by and through its undersigned counsel, submits the following certification pursuant to C.R.S. § 13-20-602:

1. **Certification as to Defendant Kim J. Seter:** Ross Pulkrabek and I have consulted with a professional who has expertise in the area of the alleged negligence asserted in the First Amended Complaint ("Claims") against Defendant Kim J. Seter. Said professional can demonstrate that, as a result of training, education, knowledge, and experience, he is competent to express an opinion as to the Claims, as well as the substandard actions and omissions of Defendant Kim Seter as alleged in the Claims. Said professional who has been consulted has reviewed the known facts, including such records, documents, and other materials which the professional has found to be relevant to the Claims and, based on the review of such facts, has concluded that the filing of the Claims does not lack substantial justification within the meaning of C.R.S. § 13-17-102(4), and furthermore has concluded that Defendant Kim Seter was professionally negligent and

1

breached his fiduciary duties, and that such negligence and/or breach of fiduciary duty was a cause of damages and losses sustained by the Plaintiff.

2.      **Certification as to Defendant Seter & Vander Wall, P.C.:** Ross Pulkrabek and I have consulted with a professional who has expertise in the area of the alleged negligence asserted in the First Amended Complaint ("Claims") against Defendant Seter & Vander Wall, P.C. Said professional consulted can demonstrate that, as a result of training, education, knowledge, and experience, he is competent to express an opinion as to the Claims, as well as the substandard actions and omissions of Defendant Seter & Vander Wall, P.C as alleged in the Claims.  Said professional who has been consulted has reviewed the known facts, including such records, documents, and other materials which the professional has found to be relevant to the Claims and, based on the review of such facts, has concluded that the filing of the Claims does not lack substantial justification within the meaning of C.R.S. § 13-17-102(4), and furthermore has concluded that Defendant Seter & Vander Wall, P.C was professionally negligent and breached its fiduciary duties, and that such negligence and/or breach of fiduciary duty was a cause of damages and losses sustained by the Plaintiff.

DATED: October 26, 2021

/s/  Aaron D. Goldhamer
Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, CO 80203
Phone: (303) 534-0401
Email:  rpulkrabek@keatingwagner.com
            agoldhamer@keatingwagner.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October 2021, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to the following:

John M. Palmeri
555 Seventeenth Street, Ste. 3400
Denver, CO, 80202
(303) 534-5160
jpalmeri@grsm.com

*Attorney for Defendants*

                                          *s/   Carly Daehnick*
                                          Carly Daehnick, Litigation Assistant
                                          Keating Wagner Polidori Free, P.C.