**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.: 1:21-cv-01746-STV

NGC DEVELOPMENT, LLC,
a Florida Limited Liability Company.

Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.,
a Colorado Professional Corporation,

Defendants.

## JURY DEMAND

      Plaintiff NGC Development, LLC, by and through its undersigned counsel, demands a trial by jury pursuant to FED. R. CIV. P. 38 on all issues so triable.

      Dated this 3rd day of November 2021.

/**s**/  *Aaron D. Goldhamer*
Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, Colorado 80203
(303) 534-0401
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the following this 3rd day of November 2021.

John M. Palmeri, Esq.
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com

                                           /s/ *Carly Daehnick*
                                           Carly Daehnick