IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-01746-STV

**NGC DEVELOPMENT, LLC**,
a Florida Limited Liability Company,

Plaintiff,

v.

**KIM J. SETER,** a Colorado citizen, and
**SETER & VANDER WALL, P.C.,**
a Colorado Professional Corporation.

Defendants.

---

### ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION

---

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

\_\_\_ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

  _X_  at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Respectfully submitted this 3rd day of November 2021.

<div style="margin-left:auto">

*s/ Aaron D. Goldhamer*
Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600 Denver, Colorado 80203
303-534-0401
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com


s/ *John M. Palmeri*
John M. Palmeri
Gordon Rees Scully Mansukhani LLP
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com

</div>