IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:  1:21-cv-01746-RM-STV

NGC DEVELOPMENT, LLC,
a Florida Limited Liability Company.

Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.,
a Colorado Professional Corporation,

Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

To:     The Clerk of Court and all parties of record.

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel of record on behalf of Defendants Kim J. Seter and Seter & Vander Wall, P.C. in the above-captioned matter.

Dated this 4th day of November, 2021.

**GORDON & REES LLP**

 /s/  Margaret L. Boehmer
John M. Palmeri, Esq.
Margaret L. Boehmer, Esq.
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
mboehmer@grsm.com

ATTORNEYS FOR DEFENDANTS

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 4th day of November, 2021.

Ross W. Pulkrabek, Esq.
Aaron D. Goldhamer, Esq.
Keating Wagner Polidori Free, P.C.
1290 Broadway, Ste. 600
Denver, Colorado 80203
rpuldrabek@keatingwagner.com
agoldhamer@keatingwagner.com


    /s/  Linda J. Bustos

- 2 -