IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:  1:21-cv-01746-RM-STV

NGC DEVELOPMENT, LLC,
a Florida Limited Liability Company.

Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.,
a Colorado Professional Corporation,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

To:   The Clerk of Court and all parties of record.

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel of record on behalf of Defendants Kim J. Seter and Seter & Vander Wall, P.C. in the above-captioned matter.

Dated this 8th day of November, 2021.

**GORDON & REES LLP**

 /s/  Rose Zetzman
John M. Palmeri, Esq.
Margaret L. Boehmer, Esq.
Rose Zetzman, Esq.
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
mboehmer@grsm.com
rzetzman@grsm.com

ATTORNEYS FOR DEFENDANTS

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 8th day of November, 2021.

> Ross W. Pulkrabek, Esq.
> Aaron D. Goldhamer, Esq.
> Keating Wagner Polidori Free, P.C.
> 1290 Broadway, Ste. 600
> Denver, Colorado 80203
> rpuldrabek@keatingwagner.com
> agoldhamer@keatingwagner.com

> */s/ Linda J. Bustos*