IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:21-cv-01746-RM-STV

NGC DEVELOPMENT, LLC,
a Florida Limited Liability Company.

Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.,
a Colorado Professional Corporation,

Defendants.

## JOINT MOTION TO RESET SCHEDULING CONFERENCE

Plaintiff NGC Development, LLC, by and through counsel, Keating Wagner Polidori Free, P.C., and Defendants Kim J. Seter and Seter & Vander Wall, P.C., by and through counsel, Gordon & Rees LLP, hereby submit this Joint Motion to Reset Scheduling Conference currently scheduled for November 17, 2021.

1. Plaintiff filed its Complaint on June 25, 2021 (ECF 1). An Amended Complaint was filed on July 14, 2021. (ECF 7)

2. On September 2, 2021, the Court issued an Order resetting the scheduling conference to November 17, 2021. (ECF 10).

3. Counsel for Defendants accepted service of the Summons and Complaint in this matter on September 17, 2021 (ECF 11).

4. Defendants filed their Answer on November 1, 2021. (ECF 14).

5. The parties request that the scheduling conference currently scheduled for November 17, 2021 be vacated and reset to a mutually convenient time in January, 2022.

6. This case is closely related to a state court case that is set for trial the week of November 15, 2021 captioned *NGC Development, LLC v. Westminster Station Northgate, LLC et al.*, Case No. 2020 CV 30010, District Court, Adams County, Colorado. The trial and outcome of the state court case is likely to affect the parties' respective approaches to the timing and scope of discovery and other case management issues.

7. Further, counsel for Defendants is scheduled in back-to-back jury trials during the month of December in the following matters:

Ten-day jury trial beginning December 6, 2021 in the matter of *CTMI, LLC n/k/a Invoke Tax Partners, LLC v. DCP Midstream, LP*, Case No.: 2018 CV 31274, District Court, Arapahoe County, Colorado.

Ten-day jury trial beginning December 13, 2021 in the matter of *Rick J. Gibson, et al. v. Liberty Mutual Insurance Company, et al.*, Case No. 2018 CV 32994, District Court, El Paso County, Colorado.

WHEREFORE, the parties hereby request that the Court vacate the scheduling conference currently schedule for November 17, 2021 and reschedule the conference to a mutually agreeable time in January 2022.

Dated this 10th day of November, 2021.

| | |
|---|---|
| **KEATING WAGNER POLIDORI FREE, P.C.** | **GORDON & REES LLP** |
| /s/ Ross W. Pulkrabek | /s/ John M. Palmeri |
| Ross W. Pulkrabek | John M. Palmeri, Esq. |
| Aaron D. Goldhamer | Margaret L. Boehmer, Esq. |
| 1290 Broadway, Ste. 600 | 555 Seventeenth Street, Ste. 3400 |
| Denver, Colorado 80203 | Denver, Colorado 80202 |
| (303) 534-0401 | (303) 534-5160 |
| rpulkrabek@keatingwagner.com | jpalmeri@grsm.com |
| agoldhamer@keatingwagner.com | mboehmer@grsm.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 10th day of November, 2021.

Ross W. Pulkrabek, Esq.
Aaron D. Goldhamer, Esq.
Keating Wagner Polidori Free, P.C.
1290 Broadway, Ste. 600
Denver, Colorado 80203
rpuldrabek@keatingwagner.com
agoldhamer@keatingwagner.com

/s/ Linda J. Bustos