IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:  1:21-cv-01746-RM-STV

NGC DEVELOPMENT, LLC,
a Florida Limited Liability Company.

Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.,
a Colorado Professional Corporation,

Defendants.

## MOTION TO WITHDRAWL AS COUNSEL

Margaret L. Boehmer of the law firm Gordon Rees Scully Mansukhani LLP hereby moves this Court for leave to withdraw as counsel of record for Defendants Kim J. Seter and Seter & Vander Wall, P.C. in the above matter, pursuant to D.C.COLO.LAttyR 5(b).[1]

Good cause exists to permit undersigned counsel to withdraw. John M. Palmeri and Rose Zetman of the law firm Gordon Rees Scully Mansukhani, LLP will continue as attorneys of record for Defendants. No party will be prejudiced by allowing Ms. Boehmer to withdraw. Accordingly, the undersigned respectfully requests that the Court enter an order granting Margaret L. Boehmer leave to withdraw as counsel of record for Defendants in this matter, and direct the Clerk of the Court to delete her email address

---

[1] Motions pursuant to D.C.COLO.LAttyR 5(b) are excluded from the conferral requirement.  D.C.COLO.LCivR 7.1(b).

from future ECF filings and electronic notifications in this case.

Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel certifies a copy of this motion will be served on all counsel of record contemporaneously with its filing.

Dated this 11th day of January, 2002.

**GORDON & REES LLP**

/s/ Margaret L. Boehmer
John M. Palmeri, Esq.
Margaret L. Boehmer, Esq.
Rose Zetzman, Esq.
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
mboehmer@grsm.com
rzetman@grsm.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 11th day of January, 2021.

Ross W. Pulkrabek, Esq.
Aaron D. Goldhamer, Esq.
Keating Wagner Polidori Free, P.C.
1290 Broadway, Ste. 600
Denver, Colorado 80203
rpuldrabek@keatingwagner.com
agoldhamer@keatingwagner.com

/s/ Linda J. Bustos