IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom A402 |
|---|---|
| Date: January 19, 2022 | Alfred A. Arraj United States Courthouse |

Civil Action No. 21-cv-01746-RM-STV

<u>Parties</u>:

NGC DEVELOPMENT, LLC

    Plaintiff,

v.

KIM SETER, and
SETER & VANDER WALL, P.C.

    Defendant.

<u>Counsel</u>:

Aaron David Goldhamer
Ross Whiting Pulkrabek

John M. Palmeri
Rose Elizabeth Zetzman

**COURTROOM MINUTES/MINUTE ORDER**

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   10:16 a.m.**
Court calls case. Appearance of counsel.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **April 29, 2022**

Deadline for Designation of Non-Parties at Fault: **February 28, 2022**

Discovery Cut-off: **October 31, 2022**

Dispositive Motions Deadline: **November 30, 2022**

Parties shall designate affirmative experts **on or before August 31, 2022**.

Parties shall designate rebuttal experts **on or before September 30, 2022**.

Each side shall be limited to () experts, absent further leave of court.

Each side shall be limited to **ten (10)** depositions, absent further leave of court.

Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admission, absent further leave of Court.

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2365, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE** is set for **February 15, 2023 at 9:15 a.m.** before Magistrate Judge Scott T. Varholak.  Final Pretrial Order is due **no later than seven (7) days** before the Final Pretrial Conference. (See the court's website www.cod.uscourts.gov for Instructions for Preparation and Submission).  In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel and the parties must notify chambers (303-335-2365) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**TRIAL:**  A **Trial Preparation Conference and Trial** will be set at a future date before the Honorable Raymond P. Moore.
The parties anticipate a ten (10) day jury trial.

Court discusses Judge Moore's practice standards with counsel.

Court advises counsel to review his practice standards especially with regard to the procedure for addressing discovery disputes.   Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.

Discussion regarding the court's procedure for filing a protective order.

- Scheduling Order is signed and entered with interlineations on January 19, 2022.


HEARING CONCLUDED.
**Court in recess:**        10:20 a.m.
Total In-Court Time:     00:04

To order a transcript of this proceeding, contact Patterson Transcription Company at (303) 755-4536 OR AB Litigation Services at (303)629-8534.