IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:21-cv-01746-RM-STV

NGC DEVELOPMENT, LLC,
a Florida Limited Liability Company.

Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.,
a Colorado Professional Corporation,

Defendants.

## DESIGNATION OF NON-PARTIES

Defendants Kim J. Seter and Seter & Vander Wall, P.C., by and through their attorneys, Gordon & Rees LLP, submit this Designation of Non-Parties pursuant to C.R.S. § 13-21-111.5.

1. Plaintiff NGC Devlopment, LLC is a Florida limited liability company. JUSA Management, LLC is the manager of NGC Development. Russell Mills is the manager of JUSA Management. Avid Hunter is the principal member of NDC Development. Klaus Gondert is the principal of Avid Hunter. Defendant Seter & Vander Wall, P.C. ("SVW") is a Colorado law firm. Defendant Kim Seter is a Colorado attorney and a principal in the law firm. Defendants provided legal representation to Plaintiff NGC Development. They

communicated with Mr. Mills as the authorized representative of NGC Development.

This case arises out of real property located in Westminster, Colorado. NGC was the record owner of the property. The taxes for the property were not paid and tax liens were sold, as provided by statute. SVW learned of the tax liens and cautioned NGC, through Mills, that it would lose the property if the taxes were not paid. NGC did not pay the taxes and the county gave notice that it was going to issue a deed to the property. At the eleventh hour, on the day the deed was to issue, NGC entered into a short term agreement through which the taxes were paid and the default was cured. Unforutantely, NGC was not able to repay the short term borrowing and lost the property via a quit claim deed to the lender. NGC filed suit against the lender seeking return of the property. That case went to trial in November 2021. Closing arguments are scheduled in January 2022.

NGC claims Mills breached his fiduciary duties by failing to pay the real estate taxes on the property. NGC filed suit against Mills in Florida. The case is proceeding through discovery. NGC also filed suit against the property management company in Colorado state court. That case is also proceeding through discovery. NGC filed suit against SVW for aiding and abetting Mills' breach of his fiduciary duties.

Plaintiff NGC has alleged claims for professional negligence, breach of fiduciary duty and aiding and abetting breach of fiduciary duty. Defendants deny they were negligent in their representation of Plaintiff and further deny they breached any fiduciary duties to Plaintiff. Plaintiff's aiding and abetting Mills' breach of fiduciary duty fails to state a claim upon which relief can be granted. Moreover, Defendants dispute causation and damages.

Mills' conduct is imputed to Plaintiff under the law and bars or limits the claims against Defendants. Plaintiff has asserted claims against several parties, including Mills, seeking the same damages, namely the loss of the subject property. Plaintiff's claims against Defendants may be barred or limited by these other suits. Defendants have raised other defenses in their Answer.

2. C.R.S. § 13-21-111.5 (3)(b) provides that a party wishing to designate a non-party can file a notice designating such nonparty together with a brief statement of the basis for believing such non-party to be at fault. The purpose of C.R.S. § 13-21-111.5 is to ensure that defendants are not held accountable for an amount greater than the amount represented by the percentage of fault attributable to their conduct. *See* C.R.S. § 13-21-111.5 (1). The opportunity to designate nonparties at fault is an important statutory right intended "to cure the perceived inequity under the common law concept of joint and several liability whereby wrongdoers could be held fully responsible for a plaintiff's entire loss, despite the fact that another wrongdoer, who was not held accountable, contributed to the result." *Barton v. Adams Rental, Inc.*, 938 P.2d 532, 535 (Colo. 1997); *see Loughridge v. Goodyear Tire & Rubber Co.*, 207 F. Supp.2d 1187 (D. Colo. 2002).

3. Based upon the negligence, fault or other conduct of other parties which contributed to NGC's claims and alleged damages, Defendants submit this designation of non-parties.

4. NGC Development LLC filed a lawsuit in the District Court, Adams County, Colorado against Westminster Station Northgate, LLC and others to quiet title to the

subject property. The Complaint alleges fraudulent conveyances of the subject property that produced the damages claimed in this case.  A copy of the Complaint in that case is attached and incorporated by reference as Exhibit A.

5. Avid Hunter, Ltd. filed a lawsuit in the Circuit Court of the Ninth Judicial Circuit in and for Orange County Florida against Russell L. Mills and JUSA Management, LLC for an accounting and money damages.  The Complaint alleges Mills and JUSA Management, LLC breached their contractual obligations and fiduciary duties that produced the damages claimed in this case.  A copy of the Complaint is attached and incorporated by reference as Exhibit B.

6. NGC Development, LLC and Avid Hunter, Ltd. filed a lawsuit in the District Court, City and County of Denver, Colorado against Drake Asset Management, LLC, Perry Radic and Joy Hauser for money damages. The Complaint alleges Drake Asset Management, LLC, Radic and Hauser breached their contractual obligations and fiduciary duties that produced the damages claimed in this case.  A copy of the Complaint is attached and incorporated by reference as Exhibit C.

7. Defendants designate the named or referenced parties in the above-referenced lawsuits filed by NGC Development, LLC and Avid Hunter, LLC.  Defendants designate the named or referenced parties who are wholly or partially at fault for the damages claimed in this case.

8. Defendants reserve the right to amend or supplement this designation, as well as to designate additional non-parties based upon information obtained through discovery.

Dated this 28th day of February, 2022.

**GORDON & REES LLP**

 */s/  John M. Palmeri*
John M. Palmeri, Esq.
Melissa A. Wiese, Esq.
Rose Zetzman, Esq.
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
mwiese@grsm.com
rzetman@grsm.com

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 28th day of February, 2022.

Ross W. Pulkrabek, Esq.
Aaron D. Goldhamer, Esq.
Keating Wagner Polidori Free, P.C.
1290 Broadway, Ste. 600
Denver, Colorado 80203
rpuldrabek@keatingwagner.com
agoldhamer@keatingwagner.com

 */s/  Linda J. Bustos*