IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:21-cv-01746-RM-STV

NGC DEVELOPMENT, LLC,
a Florida Limited Liability Company.

Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.,
a Colorado Professional Corporation,

Defendants.

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff NGC Development, LLC, by and through counsel, Keating Wagner Polidori Free, P.C., and Defendants Kim J. Seter and Seter & Vander Wall, P.C., by and through counsel, Gordon & Rees LLP, jointly move the Court to enter a Stipulated Protective Order concerning the discovery and use of confidential information in this action consistent with Fed. R. Civ. P. 26(c):

1. The Parties agree that a protective order is necessary to protect certain confidential information in discovery and disclosures in this case.

2. The parties have produced and/or anticipate the potential production of confidential and proprietary financial information and other business or personal information.

3. The Parties submit the attached proposed Stipulated Protective Order Regarding Confidential Information ("Proposed Order").

- 2 -

4. Good cause exists for the issuance of the Proposed Order, for the reasons stated therein and the reasons stated above.

WHEREFORE, Plaintiff NGC Development, LLC, by and through counsel, Keating Wagner Polidori Free, P.C., and Defendants Kim J. Seter and Seter & Vander Wall, P.C., respectfully request the Court make the Stipulated Protective Order an order of the Court in the above-captioned matter.

Dated this 26th day of April, 2022.

**KEATING WAGNER POLIDORI FREE, P.C.**

 /s/ Ross W. Pulkrabek
Ross W. Pulkrabek, Esq.
Aaron D. Goldhamer, Esq.
1290 Broadway, Ste. 600
Denver, Colorado 80203
(303) 534-0401
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com

ATTORNEYS FOR PLAINTIFF

**GORDON & REES LLP**

 /s/ John M. Palmeri
John M. Palmeri, Esq.
Melissa A. Wiese, Esq.
Rose Zetzman, Esq.
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
mwiese@grsm.com
rzetzman@grsm.com

ATTORNEYS FOR DEFENDANTS

- 3 -

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 26th day of April, 2022.

                              Ross W. Pulkrabek, Esq.
                              Aaron D. Goldhamer, Esq.
                              Keating Wagner Polidori Free, P.C.
                              1290 Broadway, Ste. 600
                              Denver, Colorado 80203
                              rpuldrabek@keatingwagner.com
                              agoldhamer@keatingwagner.com

                              */s/ Linda J. Bustos*