IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:  1:21-cv-01746-RM-STV

NGC DEVELOPMENT, LLC,
a Florida Limited Liability Company.

Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.,
a Colorado Professional Corporation,

Defendants.

---

## FRE 502 ORDER

---

**ENTERED BY MAGISTRATE JUDGE SCOTT T. VARHOLAK**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**KEATING WAGNER POLIDORI FREE, P.C.**

 /s/  Ross W. Pulkrabek
Ross W. Pulkrabek
Aaron D. Goldhamer
1290 Broadway, Ste. 600
Denver, Colorado 80203
(303) 534-0401
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com

ATTORNEYS FOR PLAINTIFF

**GORDON & REES LLP**

 /s/  John M. Palmeri
John M. Palmeri, Esq.
Rose Zetzman, Esq.
Melissa A. Wiese
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
rzetzman@grsm.com
mwiese@grsm.com

ATTORNEYS FOR DEFENDANTS

**SO ORDERED:**

Dated: _____

_____
Hon. Scott T. Varholak
United States Magistrate Judge