IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:21-cv-01746-RM-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: May 11, 2022 | Courtroom Deputy:  C. Thompson |

*Parties:*                                             *Counsel:*

NGC DEVELOPMENT, LLC                    Ross Pulkrabek

    Plaintiff,

v.

KIM SETER,                                              John Palmeri
SETER & VANDER WALL, P.C.,          Rose Zetzman

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**DISCOVERY HEARING**
**Court in Session: 11:00 a.m.**
Court calls case. Appearance of counsel.

This matter is before the court regarding the discovery disputes as set forth in the joint statement submitted by the parties.

Preliminary statements by the court.

Arguments by counsel.

For the reasons set forth on the record, it is:

**ORDERED:**   Defendant's counsel shall provide Mr. Mills with the subpoena in question and this Minute Order, and Mr. Mills will be given 21 days to respond to said subpoena.  The hearing is continued and will resume on June 21, 2022 , at 2:30 p.m. before United States Magistrate Judge Scott T. Varholack in Courtroom A402 of the Alfred A. Arraj Courthouse.

**The parties supplemental statements related to the issues discussed on the record, if they wish to file any, are due by June 10, 2022.**

HEARING CONTINUED.
**Court in recess:** 11:24 a.m.
Time In Court: 00:24

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Litigation Services at (303)629-8534.