IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:21-cv-01746-RM-STV

NGC DEVELOPMENT, LLC,

Plaintiff,

v.

KIM J. SETER, and

SETER & VANDER WALL, P.C.,

Defendants.

---

**FRE 502 ORDER**

---

**ENTERED BY MAGISTRATE JUDGE SCOTT T. VARHOLAK**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| **KEATING WAGNER POLIDORI FREE, P.C.** | **GORDON & REES LLP** |
| /s/ Ross W. Pulkrabek | /s/ John M. Palmeri |
| Ross W. Pulkrabek | John M. Palmeri, Esq. |
| Aaron D. Goldhamer | Rose Zetzman, Esq. |
| 1290 Broadway, Ste. 600 | Melissa A. Wiese |
| Denver, Colorado 80203 | 555 Seventeenth Street, Ste. 3400 |
| (303) 534-0401 | Denver, Colorado 80202 |
| rpulkrabek@keatingwagner.com | (303) 534-5160 |
| agoldhamer@keatingwagner.com | jpalmeri@grsm.com |
| | rzetzman@grsm.com |
| | mwiese@grsm.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |

**SO ORDERED:**

Dated: 5/16/2022

s/Scott T. Varholak

Hon. Scott T. Varholak
United States Magistrate Judge