IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:21-cv-01746-RM-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: June 21, 2022 | Courtroom Deputy:  Monique Ortiz |

| Parties: | Counsel: |
|---|---|
| NGC DEVELOPMENT, LLC | Ross Pulkrabek |
| | Aaron Goldhamer |
| Plaintiff, | |
| v. | |
| KIM SETER, | John Palmeri |
| SETER & VANDER WALL, P.C., | |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**DISCOVERY HEARING**
**Court in Session:   2:36 p.m.**
Court calls case. Appearance of counsel.

This matter is before the court on a continued discovery dispute from May 11, 2022.

Preliminary statements by the court.

Arguments by counsel.

For the reasons set forth on the record, it is:

**ORDERED:**   The court finds it appropriate to grant the request of the Plaintiff. Defendant shall produce the information pursuant to Requests for Production Nos. 1, 2, 3 and 5 and answer to Interrogatory No. 1.

Defendant shall prepare a privilege log and respond to Interrogatory No. 1 on or before July 16, 2022.

The parties shall confer regarding an Order pursuant to Rule 1.6 and if the parties can reach agreement, they shall submit the Rule 1.6 Order as unopposed, to the court.

HEARING CONTINUED.
**Court in recess:**     **2:49 p.m.**
Time In Court:        00:13

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Litigation Services at (303)629-8534.