IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:21-cv-01746-RM-STV

NGC DEVELOPMENT, LLC,
a Florida Limited Liability Company.

Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.,
a Colorado Professional Corporation,

Defendants.

## UNOPPOSED MOTION TO RE-SET HEARING

Defendants Kim J. Seter and Seter & Vander Wall, P.C., by and through their attorneys, Gordon & Rees LLP, hereby submit this Unopposed Motion to Re-Set Hearing currently scheduled for July 27, 2022 at 9:15 a.m. [ECF 46]:

### Certificate of Conferral

Pursuant to D.C.COLO. L. Civ. R. 7.1, the undersigned counsel certifies that he conferred with counsel for the Plaintiff regarding the relief requested herein who advised Plaintiff does not object to this Motion.

1. On June 22, 2022, after a discovery hearing, the Court directed the parties to confer regarding an Order pursuant to C.R.P.C 1.6 and, if they were able to reach an agreement, submit an unopposed Order to the Court. [ECF 45].

2. On July 18, 2022, the parties informally submitted an unopposed, Proposed Order pursuant to C.R.C.P 1.6.

3. On July 19, 2022, the Court requested additional information regarding the proposed Order and set a hearing for July 27, 2022 at 9:15 a.m.

4. Counsel for the Defendants will be traveling on July 27, 2022 and is not available for the hearing at 9:15.

5. Counsel for both parties are available on August 2, 2022 for the hearing and request that it be re-set to that date.

WHEREFORE, the Defendants hereby request that the Court vacate the hearing currently scheduled for July 27, 2022 and reschedule it to the morning of August 2, 2022 or another mutually agreeable time.

Dated this 22nd day of July, 2022.

**GORDON & REES LLP**

 /s/  John M. Palmeri
John M. Palmeri, Esq.
Melissa A. Wiese, Esq.
Rose Zetzman, Esq.
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
mwiese@grsm.com
rzetman@grsm.com

ATTORNEYS FOR DEFENDANTS

- 3 -

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 22nd day of July, 2022.

        Ross W. Pulkrabek, Esq.
        Aaron D. Goldhamer, Esq.
        Keating Wagner Polidori Free, P.C.
        1290 Broadway, Ste. 600
        Denver, Colorado 80203
        rpuldrabek@keatingwagner.com
        agoldhamer@keatingwagner.com


         /s/  Linda J. Bustos