IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:21-cv-01746-RM-STV

NGC DEVELOPMENT, LLC,
a Florida Limited Liability Company.

Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.,
a Colorado Professional Corporation,

Defendants.

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff NGC Development, LLC, by and through counsel, Keating Wagner Polidori Free, P.C., and Defendants, Kim J. Seter, Esq. and Seter & Vander Wall, P.C. (collectively "SVW"), by and through counsel, Gordon & Rees LLP, submit this Joint Motion to Amend the Scheduling Order, entered January 19, 2022 [ECF 32]:

1. Under Fed. R. Civ. P. 16(b)(4), a scheduling order can be modified for "good cause shown and with the judge's consent."

2. As discussed during a hearing on June 21, 2022, good cause exists to amend the deadlines and limitations set forth in the Scheduling Order.

3. This action arises out of Plaintiff's loss of record title to certain real property located in Adams County, Colorado. Plaintiff has sought to recover title to the property in a related state court action captioned: *NGC Development, LLC v. Westminster Station*

*Northgate, LLC et al.*, Case No. 2020 CV 30010, District Court, Adams County, Colorado ("Related Action"). Given Colorado authority on the accrual of legal malpractice claims for purposes of the statute of limitations, Plaintiff was not in a position to wait until the conclusion of the Related Case before filing the instant lawsuit against Defendants.

4. A bench trial in the Related Action was held in November of 2021; however, closing arguments were postponed until February 10, 2021. Adams County District Court has not yet entered an order in the Related Action.

5. Because Plaintiff's claim for damages is based primarily on the value of the property that it claims to have lost, the outcome of the Related Action substantially will impact discovery, settlement negotiations in, and any eventual trial of the instant matter. The parties proposed the current scheduling order deadlines in this matter on the reasonable assumption that the Related Action likely would be decided before the parties had to conduct depositions or disclose expert reports.

6. Further, the parties' discovery schedule has been set back while they worked through disputed threshold discovery issues and document production. While the parties continue to disagree whether each side has sufficiently produced documents in response to discovery requests, they continue to confer to obtain all documents necessary to sufficiently prepare for and conduct depositions.

7. The above circumstances amount to good cause to extend the deadlines set forth the Scheduling Order. The parties jointly request that the deadlines be amended as follows:

|  | **Current Deadline** | **Continued Deadline** |
| --- | --- | --- |
| Discovery Cut-Off | October 31, 2022 | May 1, 2023 |

| Dispositive Motions Deadline | November 30, 2022 | June 2, 2023 |
|---|---|---|
| Designation of Affirmative Experts Deadline | August 31, 2022 | January 30, 2023 |
| Designation of Rebuttal Experts Deadline | September 30, 2022 | March 6, 2023 |

8. The parties also jointly request that subparagraph 3 of Section 8. Discovery Limitations, be amended to increase the limit on the number of depositions to 12 per side, excluding expert witness depositions.

9. In light of the requested extensions, the parties request that the final pre-trial conference, set for February 15, 2023 at 9:15 am, be vacated and re-set.

10. A proposed Amended Scheduling Order is being filed contemporaneously with this Motion.

WHEREFORE, Plaintiff NGC Development, LLC and Defendants Kim J. Seter and Seter & Vander Wall, P.C., respectfully request the Court amend the Scheduling Order as set forth herein.

Dated this 29th day of July, 2022.

**KEATING WAGNER POLIDORI FREE, P.C.**

 /s/  Ross W. Pulkrabek
Ross W. Pulkrabek, Esq.
Aaron D. Goldhamer, Esq.
1290 Broadway, Ste. 600
Denver, Colorado 80203
(303) 534-0401
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com

ATTORNEYS FOR PLAINTIFF

**GORDON & REES LLP**

 /s/  John M. Palmeri
John M. Palmeri, Esq.
Melissa A. Wiese, Esq.
Rose Zetzman, Esq.
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
mwiese@grsm.com
rzetzman@grsm.com

ATTORNEYS FOR DEFENDANTS