IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:  1:21-cv-01746-RM-STV

NGC DEVELOPMENT, LLC,
a Florida Limited Liability Company.

Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.,
a Colorado Professional Corporation,

Defendants.

## PROPOSED ORDER AMENDING SCHEDULING ORDER

The case deadlines are amended as follows:

|  | **Current Deadline** | **Continued Deadline** |
|---|---|---|
| Discovery Cut-Off | October 31, 2022 | May 1, 2023 |
| Dispositive Motions Deadline | November 30, 2022 | June 2, 2023 |
| Designation of Affirmative Experts Deadline | August 31, 2022 | January 30, 2023 |
| Designation of Rebuttal Experts Deadline | September 30, 2022 | March 6, 2023 |

Subparagraph 3 of Section 8. Discovery Limitations is amended to increase the limit on the number of depositions to 12 per side, excluding expert witness depositions.

The final pre-trial conference, set for February 15, 2023 at 9:15 am, is vacated and re-set to  _____, 2023.

- 2 -

IT IS SO ORDERED this _____ day of July 2022.

_____
United State Magistrate Judge