IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:21-cv-01746-RM-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: August 9, 2022 | Courtroom Deputy: Monique Ortiz |

*Parties:*  *Counsel:*

NGC DEVELOPMENT, LLC                Ross Whiting Pulkrabek

    Plaintiff,

v.

KIM SETER, and                                  John M. Palmeri
SETER & VANDER WALL, P.C.         Rose Elizabeth Zetzman

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:   10:19 a.m.**
Court calls case.  Appearance of counsel.

This matter is before the Court on the parties' informal submission of a proposed Unopposed Order regarding the application of Rule 1.6 of the Colorado Rules of Professional Conduct.

Arguments by counsel.

For the reasons as stated on the record, it is:

**ORDERED:**    The proposed Unopposed Order regarding the application of Rule 1.6 of the Colorado Rules of Professional Conduct is **GRANTED**.

HEARING CONCLUDED.

**Court in  recess:**     **10:20 a.m.**
Time In Court:         00:01

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Litigation Services at (303)629-8534.