IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| Civil Action: 21-cv-01746-RM-STV | FTR - Reporter Deck - Courtroom A402 |
|---|---|
| Date: September 15, 2022 | Courtroom Deputy: Monique Ortiz |

<u>Parties</u>:  <u>Counsel</u>:

NGC DEVELOPMENT, LLC   Ross Whiting Pulkrabek

    Plaintiff,

v.

KIM SETER, and   John M. Palmeri
SETER & VANDER WALL, P.C.   Melissa Wiese
       Rose Zetzman

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

**DISCOVERY HEARING**
**Court in session:   11:29 a.m.**
Court calls case. Appearance of counsel.

This matter is before the Court on the discovery issues as set forth in the Joint Statement submitted by the parties.

Arguments by counsel.

For the reasons as stated on the record, it is:

**ORDERED:**    With respect to Issue No. 1 - <u>Request for Production No. 1</u>, the court quashes the request.

            With respect to Issue No. 2 - <u>Request for Production No. 4</u>, the court will permit the request to the extent it asks for any and all of NGC's books, records, financial statements and annual reports.

With respect to Issue No. 3 - <u>Request for Production No. 5</u>, the request shall be produced if it has not been already.

With respect to Issue No. 4 - <u>In Camera Review of Redacted Documents</u> and Issue No. 5 - <u>In Camera Review of Dacono Documents</u>, the court will permit an in camera review of the documents.  Parties shall submit the documents to chambers by Monday, September 19, 2022 at 5:00 p.m.  A Telephonic Discovery Hearing, for the sole purpose of the court issuing a ruling on these two issues, is set for **September 23, 2022 at 11:30 a.m.** The parties shall call the court at (888-808-6929) Access Code: 2805116#, to participate.

With respect to Issue No. 6 - <u>Text Messages</u>, the court will order the text messages produced, or alternatively, a privilege log.

HEARING CONCLUDED.

**Court in recess:**   12:10 p.m.
Time In Court:        00:41

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Litigation Services at (303)629-8534.