IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:  1:21-cv-01746-RM-STV

NGC DEVELOPMENT, LLC,
a Florida Limited Liability Company.

Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.,
a Colorado Professional Corporation,

Defendants.

---

## NOTICE OF ORDER OF JUDGMENT

---

Defendants, Kim J. Seter, Esq. and Seter & Vander Wall, P.C. (collectively "Defendants"), provide the following notice:

1.      Defendants give notice of the attached Findings of Fact, Conclusions of Law, and Order of Judgment, entered on September 20, 2022, in the "Quiet Title Lawsuit," as described in Plaintiff's Amended Complaint at p.24, ¶ 83. [Dkt. No. 7].

Dated this 22nd day of September, 2022.

**GORDON & REES LLP**

 _/s/  John M. Palmeri_
John M. Palmeri, Esq.
Melissa A. Wiese, Esq.
Rose Zetzman, Esq.
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
mwiese@grsm.com
rzetman@grsm.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 22nd day of September, 2022.

Ross W. Pulkrabek, Esq.
Aaron D. Goldhamer, Esq.
Keating Wagner Polidori Free, P.C.
1290 Broadway, Ste. 600
Denver, Colorado 80203
rpuldrabek@keatingwagner.com
agoldhamer@keatingwagner.com

*/s/  Linda J. Bustos*