IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:21-cv-01746-RM-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: September 23, 2022 | Courtroom Deputy: Monique Ortiz |

<u>Parties</u>:                                                                <u>Counsel</u>:

NGC DEVELOPMENT, LLC                          Ross Whiting Pulkrabek

    Plaintiff,

v.

KIM SETER, and                                              John M. Palmeri
SETER & VANDER WALL, P.C.                    Melissa Wiese

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC DISCOVERY HEARING**
**Court in session:   11:32 a.m.**
Court calls case.  Appearance of counsel.

This matter is before the Court on a continued discovery hearing that was held on September 15, 2022.  The court informs the parties that before he issues a ruling, he has a question for defense counsel which he plans to take up ex parte.

Court in recess:      11:33 a.m.
Court in session:     11:42 a.m.

Arguments by counsel.

For the reasons as stated on the record, it is:

**ORDERED:**            With respect to Issue No. 4 - <u>In Camera Review of Redacted Documents</u> and Issue No. 5 - <u>In Camera Review of Dacono Documents</u>, the court ultimately concludes, with one exception as indicated on the record, that the documents were properly withheld as privileged communications.  The court will order produced the

document Bates No. 49166, with the appropriate redactions, as stated on the record. The court will stay the production of the document for fourteen (14) days so that an objection may be filed with Judge Moore.

HEARING CONCLUDED.

**Court in recess:**   12:03 p.m.
Time In Court:    00:22

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Litigation Services at (303)629-8534.