IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:  1:21-cv-01746-RM-STV

NGC DEVELOPMENT, LLC,
a Florida Limited Liability Company.

Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.,
a Colorado Professional Corporation,

Defendants.

---

## <u>UNOPPOSED</u> MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES

---

Defendants Kim J. Seter and Seter & Vander Wall, P.C., by and through counsel, file this unopposed motion to extend the expert disclosure deadlines as follows:

1.     Pursuant to D.C.Colo.LCivR 7.1, undersigned counsel certifies that she conferred with Plaintiff's counsel and that Plaintiff's counsel does not oppose the relief requested herein.

2.     Pursuant to Fed.R.Civ.P. 16(b), a deadline established by a scheduling order, such as a deadline to serve expert disclosures, may be extended upon good cause with the court's consent.  *See Larimer v. OcWen Loan Servicing*, 2015 WL 4036181 at 83 (D. Colo. July 1, 2015) (finding good cause existed to extend the defendant's expert disclosure deadline by three-weeks where the parties had been engaged in discovery and appeared to be on track to hold their final pretrial conference).

3.      On August 1, 2022, upon the parties' joint motion, the Court amended the Scheduling Order, to extend the Affirmative Experts Deadline to January 30, 2023 and the Rebuttal Experts Deadline to March 6, 2023.

4.      One of the Defendants' experts has been suffering from health issues, which will prevent him from completing his report by the current of January 30, 2023, despite diligent efforts.  Thus, the Defendants request a two-week extension of the deadline to disclose affirmative experts, up to and including February 13, 2023.

5.      In addition, due to the extension of the deadline to disclose affirmative experts, the Defendants request a corresponding two-week extension of the deadline to disclose rebuttal experts, up to and including March 20, 2023.

6.      This brief extension of expert disclosure deadlines will not jeopardize any of the other deadlines set forth in the Amended Scheduling Order.

7.      Further, the parties have engaged in discovery and are on track to participate in their Final Pre-Trial Conference, which is set for July 25, 2023, approximately six months from the date of this motion.

8.      No party will be prejudiced by this extension, as evidenced by the lack of opposition by the Plaintiff.

9.      Accordingly, good cause exists for the requested extension.

WHEREFORE, Defendants Kim J. Seter and Seter & Vander Wall, P.C. respectfully request that this Court extend the deadline to serve affirmative expert disclosures to February 13, 2023 and rebuttal expert disclosures to March 20, 2023.

Dated this 25th day of January 2023.

GORDON & REES LLP


 /s/ Melissa A. Wiese
John M. Palmeri, Esq.
Melissa A. Wiese, Esq.
Rose Zetzman, Esq.
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
mwiese@grsm.com
rzetman@grsm.com

ATTORNEYS FOR DEFENDANTS


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 25th day of January 2023.

Ross W. Pulkrabek, Esq.
Aaron D. Goldhamer, Esq.
Keating Wagner Polidori Free, P.C.
1290 Broadway, Ste. 600
Denver, Colorado 80203
rpuldrabek@keatingwagner.com
agoldhamer@keatingwagner.com



 /s/ Linda J. Bustos