IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:21-cv-01746-RM-STV

NGC DEVELOPMENT, LLC,
a Florida Limited Liability Company.

Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.,
a Colorado Professional Corporation,

Defendants.

---

### ORDER RE: UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES

---

THIS COURT, having reviewed Defendants Kim J. Seter and Seter & Vander Wall, P.C.'s Unopposed Motion to Extend Expert Disclosure Deadlines, filed on January 25, 2023, GRANTS the Motion.

The Parties must serve their Affirmative Experts Disclosures on or before February 13, 2023; and,

The Parties must serve their Rebuttal Experts Disclosures on or before March 20, 2023.

IT IS SO ORDERED this _____ day of _____ 2023.

_____
United State Magistrate Judge