## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01746-RM-STV

NGC Development, LLC,
a Florida Limited Liability Company

  Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.
a Colorado Professional Corporation,

  Defendants.

## ENTRY OF APPEARANCE

  COMES NOW, Robert W. Steinmetz of the Law Firm McConnell Van Pelt, LLC, hereby enters his appearance on behalf of Defendants Kim J. Seter and Seter & Vander Wall, P.C., and requests that all pleadings and notices be sent to his attention.

  Respectfully submitted this 10th day of March, 2023.

          */s/ Robert W. Steinmetz*
          Robert W. Steinmetz
          McCONNELL VAN PELT, LLC
          4700 South Syracuse Street, Suite 200
          Denver, Colorado 80237
          Telephone No.:  (303) 480-0400
          Facsimile No.:   (303) 458-9520
          Email:   rsteinmetz@mvp-legal.com

          ATTORNEYS FOR DEFENDANTS

2

**CERTIFICATE OF SERVICE (CM/ECF)**

      I HEREBY CERTIFY that on this 10th day of March, 2023, the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

Ross W. Pulkrabek, Esq.
Aaron D. Goldhamer, Esq.
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
rpuldrabek@keatingwagner.com
agoldhamer@keatingwagner.com
*Attorneys for Plaintiff*

                                              */s/ Lindsay Keebler*
                                              Lindsay Keebler, Legal Assistant