**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01746-RM-STV

NGC Development, LLC,
a Florida Limited Liability Company

      Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.
a Colorado Professional Corporation,

      Defendants.

## ENTRY OF APPEARANCE

COMES NOW, Kellsey A. Hansen of the Law Firm McConnell Van Pelt, LLC, hereby enters her appearance on behalf of Defendants Kim J. Seter and Seter & Vander Wall, P.C., and requests that all pleadings and notices be sent to her attention.

Respectfully submitted this 10th day of March, 2023.

                                      */s/ Kellsey A. Hansen*
                                      Kellsey A. Hansen
                                      McCONNELL VAN PELT, LLC
                                      4700 South Syracuse Street, Suite 200
                                      Denver, Colorado 80237
                                      Telephone No.:  (303) 480-0400
                                      Facsimile No.:   (303) 458-9520
                                      Email:   khansen@mvp-legal.com

                                      ATTORNEYS FOR DEFENDANTS

2

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on this 10th day of March, 2023, the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

Ross W. Pulkrabek, Esq.
Aaron D. Goldhamer, Esq.
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
rpuldrabek@keatingwagner.com
agoldhamer@keatingwagner.com
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*/s/ Lindsay Keebler*
　　　　　　　　　　　　　　　　　　　　Lindsay Keebler, Legal Assistant

2