IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:21-cv-01746-RM-STV

NGC DEVELOPMENT, LLC,
a Florida Limited Liability Company.
Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.,
a Colorado Professional Corporation,
Defendants.

**JOINT MOTION TO EXTEND DEADLINES AND RESCHEDULE THE PRETRIAL CONFERENCE**

The parties, by their respective attorneys, jointly move to extend the deadlines identified below and to reschedule the Pretrial Conference presently set for July 25, 2023. As grounds for these requests, the parties state as follows:

1. The parties have recently completed expert witness disclosures. A two-day mediation has been scheduled for April 27-28, 2023 with Justice William Neighbors of the Judicial Arbiter Group. Generally speaking, counsel for the parties believe they have the information necessary for a fulsome discussion of settlement and wish to focus immediate attention on preparation for the mediation.

2. While a very substantial portion of the discovery necessary to prepare the case for trial has been completed, important parts remain. Expert witnesses have not yet been deposed. Counsel are conferring about remaining necessary depositions of fact witnesses. Counsel are also conferring about discovery issues concerning

responses to written discovery and document production.  Counsel for the parties have conferred and agree that to reduce expense, facilitate the mediation and finish the remaining discovery in an orderly and cost-efficient manner, extending the deadlines in the case approximately 60 days is advisable.

3. Michael T. McConnell entered his appearance for Defendants on March 10, 2023. McConnell will be lead counsel and primarily responsible for conducting remaining discovery and preparing the defense for trial if the case does not settle at the mediation.  McConnell is scheduled to start a three-week legal malpractice trial in Adams County on May 8, 2023.  From July 20-28, 2023 McConnell is scheduled to attend a long scheduled family reunion in Oregon at a remote camp he and his siblings attended as children and rented for the reunion over a year ago.  McConnell, his three siblings and all of their respective children and grandchildren will attend (over 50 people in all).  For that reason, McConnell has conferred with Plaintiff's counsel about rescheduling the July 25, 2023 Pretrial Conference and Plaintiff's counsel has graciously agreed.

4. The Pretrial Conference is presently set for July 25, 2023.  Current deadlines include:

    a. April 19, 2023 – Rule 702 / Daubert motions
    b. May 11, 2023 – Discovery cut-off
    c. June 2, 2023 – Dispositive motions

5. For the foregoing reasons, the parties request: a) that the July 25, 2023 Pretrial Conference be rescheduled for a date after September 4, 2023, and b) the following deadlines be established:

a. June 19, 2023 – Rule 702 / Daubert motions

b. July 11, 2023 – Discovery cut-off

c. August 2, 2023 – Dispositive motions

DATED: April 5, 2023.

/s/ Michael T. McConnell
Michael T. McConnell, Esq.
Robert W. Steinmetz, Esq.
Kellsey A. Hansen, Esq.
4700 South Syracuse Street, Suite 200
Denver, Colorado 80237
Phone: (303) 480-0400
Email: mike@mvp-legal.com
          rsteinmetz@mvp-legal.com
          khansen@mvp-legal.com


/s/ John M. Palmeri
John M. Palmeri, Esq.
Melissa A. Wiese, Esq.
Rose Zetzman, Esq.
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
mboehmer@grsm.com
rzetzman@grsm.com

*Counsel for Defendants*


/s/ Ross W. Pulkrabek
Ross W. Pulkrabek, Esq.
Aaron D. Goldhamer, Esq.
1290 Broadway, Suite 600
Denver, CO 80203
Phone: (303) 534-0401
Email: rpulkrabek@keatingwagner.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 5th day of April, 2023, the foregoing **JOINT MOTION TO EXTEND DEADLINES AND RESCHEDULE THE PRETRIAL CONFERENCE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

Ross W. Pulkrabek, Esq.
Aaron D. Goldhamer, Esq.
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
rpuldrabek@keatingwagner.com
agoldhamer@keatingwagner.com
*Attorneys for Plaintiff*

                                              */s/ Lindsay Keebler*
                                              Lindsay Keebler, Legal Assistant