IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01746-RM-STV

NGC Development, LLC,
a Florida Limited Liability Company

      Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.
a Colorado Professional Corporation,

      Defendants.

## NOTICE OF SETTLEMENT

The Parties, by their undersigned counsel, hereby notify the Court that the case has settled. A stipulation to dismiss with prejudice will be submitted as soon as all components of the settlement process have been completed.

DATED: June 5, 2023

Respectfully submitted

| | |
|---|---|
| /s/ *Ross W. Pulkrabek* | /s/ *John M. Palmeri* |
| Ross W. Pulkrabek | John M. Palmeri, Esq. |
| Keating Wagner Polidori Free, P.C | GORDON & REES LLP |
| 1290 Broadway, Suite 600 | 555 Seventeenth Street, Ste. 3400 |
| Denver, CO 80203 | Denver, Colorado 80202 |
| (303) 534-0401 | (303) 534-5160 |
| rpulkrabek@keatingwagner.com | jpalmeri@grsm.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

/s/ Michael T. McConnell
Michael T. McConnell
McCONNELL VAN PELT, LLC
4700 South Syracuse Street, Suite 200
Denver, Colorado 80237
(303) 480-0400
mike@mvp-legal.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 5th day of June, 2023, the foregoing NOTICE OF SETTLEMENT was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

Ross W. Pulkrabek, Esq.
Aaron D. Goldhamer, Esq.
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
rpuldrabek@keatingwagner.com
agoldhamer@keatingwagner.com
*Attorneys for Plaintiff*

John M. Palmeri, Esq.
Melissa A. Wiese, Esq.
Rose Zetzman, Esq.
GORDON & REES LLP
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
jpalmeri@grsm.com
mwiese@grsm.com
rzetman@grsm.com
Attorneys for Defendants

/s/ Jennifer Bomgaars