## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01746-RM-STV

NGC Development, LLC,
a Florida Limited Liability Company

    Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.
a Colorado Professional Corporation,

    Defendants.

---

### [proposed] ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

THIS MATTER comes before this Court on the Parties' Stipulated Motion to Dismiss with Prejudice, and this Court, being otherwise fully advised in the premises, hereby

ORDERS that the motion is GRANTED.  This lawsuit is dismissed with prejudice with each party to pay its own attorney fees and costs..

DONE AND ORDERED THIS ___ DAY OF _____, 2023.

                                      BY THE COURT:

                                      _____
                                      United States District Court Judge