# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Case No. 21-cv-01746-RM-STV

NGC Development, LLC,
a Florida Limited Liability Company,

    Plaintiff,

v.

KIM J. SETER, a Colorado citizen and,
SETER & VANDER WALL, P.C.
a Colorado Professional Corporation,

    Defendants.

## ORDER OF DISMISSAL

This matter comes before the Court on the Stipulated Motion to Dismiss with Prejudice filed June 16, 2023 (ECF No. 77).  The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Stipulated Motion to Dismiss with Prejudice is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay its own attorneys' fees and costs; and

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

DATED this 20th day of June, 2023.

BY THE COURT:

_____
RAYMOND P. MOORE
United States Senior District Judge